**James D. FULBRIGHT,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2012–5021.

United States Court of Appeals,
Federal Circuit.

Aug. 10, 2012.

Michael D.J. Eisenberg, Law Office of Michael D.J. Eisenberg, of Washington, DC, argued for plaintiff-appellant.

Douglas G. Edelschick, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, argued for the defendant-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief was Mary E. Meek, Litigation Attorney, Military Personnel Branch, United States Department of the Army, of Fort Belvoir, VA.

PROST, MOORE, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**